1    GEOFFREY A. HANSEN
     Acting Federal Public Defender
2    ELLEN V. LEONIDA
     Assistant Federal Public Defender
3    555 - 12th Street, Suite 650
     Oakland, CA 94607-3627
4    Telephone:  (510) 637-3500
     Fax: (510) 637-3507
5    Email: ellen_leonida@fd.org

6    Counsel for Defendant
     RONALD WAYNE POWERS, JR.

7

8
                    IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                             OAKLAND DIVISION
10

11

12   UNITED STATES OF AMERICA,              CR 12-00102 PJH

13              Plaintiff,                   STIPULATION AND [PROPOSED]
                                            ORDER MODIFYING BOND
14         v.                                CONDITIONS

15   RONALD WAYNE POWERS, JR.,

16              Defendant.

17

18        Mr. Powers was originally charged in a two-count indictment with violations of 18 U.S.C.

19   §§ 2252(a)(2) and 2252(a)(4)(B).   On February 27, 2012, he was released on a $100,000 property

20   bond, to the custody of his partner, Tim Taylor, and placed on electronic monitoring.  The bond only

21   permits Mr. Powers to leave the house for work, medical and legal appointments, and court

22   appearances.

23        On March 14, 2012, Mr. Powers pled guilty to a single violation of 18 U.S.C. §

24   2252(a)(B)(4), pursuant to a plea agreement with the government.  On August 8, 2012, he was

25   sentenced to forty-eight months imprisonment. Mr. Powers was permitted to remain out of custody

26

1   and given a surrender date of October 8, 2012.

2         Mr. Powers is gainfully employed and he has fully complied with all conditions of his pre-

3   trial release for the past six months.  Therefore, the parties stipulate and agree to a modification of

4   Mr. Powers' conditions of pre-trial release to permit Mr. Powers to leave his house, at the discretion

5   of pretrial services, for up to four hours per day.  This would permit Mr. Powers to work in his

6   garden, walk his dogs, and run errands.

7         Pretrial Services Officer Victoria Gibson, who is supervising Mr. Powers, is agreeable to the

8   modification.  Mr. Powers' custodian, Tim Taylor, is likewise agreeable to the modification of Mr.

9   Powers' release conditions.

10        The parties therefore respectfully request that the Court modify Mr. Powers' release

11  conditions to give Pretrial Services the discretion to permit Mr. Powers to leave his house for up to

12  four hours per day.

13
    DATED:        August 23, 2012              _____/S/_____
14                                             BRIAN LEWIS
                                               Special Assistant United States Attorney
15

16  DATED:        August 23, 2012              _____/S/_____
                                               ELLEN LEONIDA
17                                             Assistant Federal Public Defender

18

19

20

21

22

23

24

25

26

CR 12-00102 PJH
Stipulation and [Proposed] Order Modifying
Bond Conditions            2

1

## ORDER

2    GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY

3  ORDERED that the condition of Ronald Powers' pre-trial release be modified to to permit Mr.

4  Powers to leave his house, at the discretion of pretrial services, for up to four hours per day.

5

6  IT IS SO ORDERED.

7

8  DATED: __08/28/12_____                    _Kandis Westmore_____
                                                   HON. KANDIS WESTMORE
9                                                  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CR 12-00102 PJH
Stipulation and [Proposed] Order Modifying
Bond Conditions                    3